

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Christus Health Ark-La-Tex d/b/a Christus St. Michael Health System, Appellant

No. 06-13-00052-CV          v.

William C. Curtis and Tina Curtis, Appellees

Appeal from the 5th District Court of Bowie County, Texas (Tr. Ct. No. 12C1341-005). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Christus Health Ark-La-Tex d/b/a Christus St. Michael Health System, pay all costs of this appeal.

RENDERED AUGUST 30, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk